DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

Jan 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-cr-00031-JSW |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Accessing Child Pornography with Intent to View; |
| SCOTT LONG, | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Accessing Child Pornography with Intent to View)

On or about June 25, 2020, in the Northern District of California, the defendant,

SCOTT LONG,

did knowingly access with intent to view at least one matter which contained any visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, the production of which visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States

INFORMATION

1  Code, Sections 2252(a)(4)(B) and (b)(2).

2  FORFEITURE ALLEGATION:        (18 U.S.C. § 2253(a))

3       The allegations contained in this Information are re-alleged and incorporated by reference for the

4  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

5       Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth

6  in this Indictment, the defendant,

7                          SCOTT LONG,

8  shall forfeit to the United States of America:

9         a.  any visual depiction described in Title 18, United States Code, Sections 2251 or

10            2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter

11            which contains any such visual depiction, which was produced, transported, mailed,

12            shipped or received in violation of Title 18, United States Code, Chapter 110;

13         b.  any property, real or personal, constituting or traceable to gross profits or other

14            proceeds obtained from the offenses; and

15         c.  any property, real or personal, used or intended to be used to commit or to promote

16            the commission of the offenses.

17  The property to be forfeited includes, but is not limited to:

18         a.  One Apple iMac, seized on November 20, 2020.

19  If any of the property described above, as a result of any act or omission of the defendant:

20         a.    cannot be located upon exercise of due diligence;

21         b.    has been transferred or sold to, or deposited with, a third party;

22         c.    has been placed beyond the jurisdiction of the court;

23         d.    has been substantially diminished in value; or

24         e.    has been commingled with other property which cannot be divided without

25            difficulty,

26  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

27  United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

28  and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: January 25, 2021.

DAVID L. ANDERSON
United States Attorney


*Samantha Schott Bennett*
SAMANTHA SCHOTT BEENETT
Assistant United States Attorney

INFORMATION                                    3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

| **FILED** |
|---|
| Jan 25 2021 |
| SUSAN Y. SOONG |
| CLERK, U.S. DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| OAKLAND |

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  SCOTT LONG

**CASE NUMBER:**

CR  4:21-cr-00031-JSW

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ | |
| **Total Number of Defendants:** | 1 ✔ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK ✔ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ | |
| **Is this a RICO Act gang case?** | Yes | No ✔ | |

**Assigned AUSA (Lead Attorney):** SAMANTHA SCHOTT BENNETT     **Date Submitted:** 1/25/2021

**Comments:**

RESET FORM     SAVE PDF

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(4)(B) - Accessing Child Pornography with the Intent to View

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 20 years' imprisonment; Maximum fine $250,000; Mandatory minimum 5 year, maximum lifetime supervised release; $5100 special assessment ($100 if indigent), additional special assessment up to $17,000 under 18 U.S.C. § 2259A; restitution; forfeiture

┌─ **DEFENDANT - U.S** ─

SCOTT LONG

DISTRICT COURT NUMBER

4:21-cr-00031-JSW

**FILED**

Jan 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott Bennett

### DEFENDANT

**IS _NOT_ IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____ Before Judge: _____

Comments: