**FILED**

JAN 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 4:21-cr-00031 JSW |
|---|---|
| v. | **NOTICE OF DUE PROCESS PROTECTION ACT** |
| SCOTT LONG | |

Pursuant to the Due Process Protection Act, the Court at the initial appearance advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and advised that the failure to disclose in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.

IT IS SO ORDERED.

Dated: January 26, 2021

Nathanael M. Cousins
United States Magistrate Judge