UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT LONG,<br><br>    Defendant. | Case No. 21-cr-00031-JSW-1<br><br>**ORDER CONTINUING CHANGE OF PLEA AND SENTENCING AND SETTING DEADLINES** |

    This matter is scheduled for an in-person change of plea and sentencing at 9:00 a.m. on May 18, 2021. The Court is no longer available on that date. Accordingly, it HEREBY CONTINUES the matter for an in-person proceeding at 10:30 a.m. on June 29, 2021. The parties shall submit any proposed Plea Agreement or Application for Entry of Guilty Plea by no later than 9:00 a.m. on June 25, 2021 to each of the following email addresses: JSWCRD@cand.uscourts.gov and JSWPO@cand.uscourts.gov.

    The parties' sentencing memoranda shall be due by June 22, 2021.

    **IT IS SO ORDERED**.

Dated: April 6, 2021

_____
JEFFREY S. WHITE
United States District Judge