STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
samantha.bennett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-0031 JSW |
| Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER FOR ANOTHER AUSA TO APPEAR |
| SCOTT LONG, | |
| Defendant. | |

This matter was previously set for a combined change of plea/sentencing hearing on May 18, 2021. On April 6, 2021, the Court rescheduled the hearing for June 29, 2021, at 10:30 a.m.

Undersigned counsel for the United States, AUSA Samantha Bennett, will be out of the district on June 29, 2021, and will not be available to appear on behalf of the government.

//

//

//

//

Accordingly, undersigned counsel hereby requests that the Court authorize AUSA Abraham Fine to appear on behalf of the government at the change of plea/sentencing hearing. If the sentencing is unable to be completed on that date, AUSA Fine will have authority to enter into stipulations and to agree to further scheduling dates on behalf of the government.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: April 8, 2021

*/s/ Samantha Bennett*
SAMANTHA BENNETT
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing, it is hereby ordered that AUSA Abraham Fine is permitted to appear on behalf of the United States for the change of plea/sentencing hearing currently scheduled in this matter for June 29, 2021, at 10:30 a.m.

IT IS SO ORDERED.

DATED:

_____
HON. JEFFREY S. WHITE
United States District Judge