STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT A. LONG,<br><br>    Defendant. | CASE NO. 4:21-CR-00031 JSW<br><br>NOTICE OF REMOVAL OF COUNSEL |

     The United States Attorney's Office hereby files this Notice of Removal of Counsel for Assistant United States Attorney Abraham Fine, as he is no longer the attorney of record in this case. Please remove him from the ECF notification list associated with this case. Assistant United States Attorney Samantha Bennett will remain as attorney of record.

DATED: July 7, 2021                           Respectfully submitted,

                                                               STEPHANIE M. HINDS
                                                               Acting United States Attorney

                                                               */s/ Abraham Fine*
                                                               ABRAHAM FINE
                                                               Assistant United States Attorney