UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>   v.<br><br>LONG,<br><br>                Defendant. | Case No. 4:21-cr-00031-JSW-1<br><br>**CLERK'S NOTICE RESCHEDULNG TIME FOR RESTITUION HEARING TO 1:00 PM**<br><br>Re: Dkt. No. 21 |

YOU ARE HEREBY NOTIFIED that on **September 7, 2021 at 1:00 P.M**., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the **Restitution Hearing** previously scheduled for 9:00 a.m.in this matter.  The Defendant's presence has been waived for this hearing. The parties Joint Status re: need for hearing remains due on August 31, 2021.

Dated: July 9, 2021

                                                Susan Y. Soong
                                                Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov

cc: USPO Kyle Pollack