STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   samantha.bennett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-0031 JSW |
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | |
| SCOTT LONG, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, and defendant Scott Long ("defendant"), both individually and by and through his counsel of record, Joyce Leavitt, hereby stipulate as follows:

     1.    On June 29, 2021, defendant entered a guilty plea pursuant to a plea agreement.

     2.    In the plea agreement, defendant agreed to pay full restitution for all losses caused by the offense for which he was charged in this case, and agreed that restitution will be due immediately and subject to immediate enforcement.  <u>See</u> Plea Agreement, Dkt. #20 ¶ 9.

     3.    The Judgment, which was issued on June 30, 2021, provided: "The determination of restitution is deferred until September 7, 2021.  An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination."  Dkt. #22.

1      4.    The government submitted the one image of child sexual abuse material possessed by defendant to the National Center for Missing and Exploited Children (NCMEC).  NCMEC responded that there is no identifying information available for the victim(s) depicted in the image.

    5.    Accordingly, the government is unable to identify any "individual[s] harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).  The government is thus unable to present a claim for restitution on behalf of the victim(s) depicted in the image.

    6.    The parties therefore agree that the Court should amend the Judgment to reflect that no restitution will be ordered in this matter.

    7.    The parties further jointly request that the Court vacate the restitution hearing, which is currently set on September 7, 2021.

IT IS SO STIPULATED.

Dated: July 27, 2021                             STEPHANIE M. HINDS
                                                Acting United States Attorney

                                                /s/
                                                SAMANTHA BENNETT
                                                Assistant United States Attorney
                                                UNITED STATES OF AMERICA

Dated: Tuesday, July 27, 2021                /s/
                                                JOYCE LEAVITT
                                                Attorney for Defendant
                                                SCOTT LONG

```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  SAMANTHA BENNETT (NYBN 5132063)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3680
 7       FAX: (510) 637-3724
         samantha.bennett@usdoj.gov
 8
 9  Attorneys for United States of America
```

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) CASE NO. CR 21-0031 JSW |
| 14 | Plaintiff, | ) [PROPOSED] ORDER REGARDING<br>) RESTITUTION |
| 15 | v. | ) |
| 16 | SCOTT LONG, | ) |
| 17 | Defendant. | ) |

19    The Court having considered the stipulation of the government and the Defendant, Scott Long,

20  ("defendant") with respect to restitution in this matter, and good cause appearing therefor, hereby finds

21  that:

22    The government has not been able to ascertain the identify of any individual victim harmed as a

23  result of a commission of a crime under Chapter 110 of Title 18, which includes defendant's crime, as

24  provided in 18 U.S.C. § 2259(c).

25    The Court will issue an amended Judgment and Commitment Order to reflect that no restitution

26  is ordered.

27    The restitution hearing currently scheduled for September 7, 2021, is hereby VACATED.

28

1      IT IS SO ORDERED.

_____        _____
DATE                               HON. JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE