STEPHANIE M. HINDS (CABN 154294)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    Fax: 415.436.7432
    Chris.Kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-0031 JSW |
| Plaintiff, | |
| v. | DECLARATION OF PUBLICATION |
| SCOTT LONG, | |
| Defendant. | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 22, 2021 and ending on August 20, 2021. (See, Attachment 1).

I declare under penalty of perjury that the forgoing is true and correct.

Executed on August 25, 2021, at San Francisco, California.

                                                *Carolyn Caparas*
                                                CAROLYN CAPARAS
                                                FSA Paralegal, Asset Forfeiture Unit

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Declaration of Publication

to be served this date via United States First Class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| Ruth Long<br>5627 Morse Drive<br>Oakland, CA 94605 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August, 2021, at San Francisco, California

/S/
CAROLYN CAPARAS
FSA Paralegal Asset Forfeiture Unit

DECLARATION OF PUBLICATION
CR 21-0031 JSW                                              2

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: CR 21-0031 JSW; NOTICE OF FORFEITURE

Notice is hereby given that on July 20, 2021, in the case of <u>U.S. v. Scott Long</u>, Court Case Number CR 21-0031 JSW, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

> Apple iMac, seized on November 20, 2020 Ser No: C02MGK4HF8J2 (21-FBI-007165) which was seized from Scott Long on January 25, 2021 at 5627 Morse Drive, located in Oakland, CA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (July 22, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612, and a copy served upon Assistant United States Attorney Chris Kaltsas, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm

website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Chris Kaltsas, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA  94102.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 22, 2021 and August 20, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Scott Long

**Court Case No:** CR 21-0031 JSW
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/22/2021 | 23.9 | Verified |
| 2 | 07/23/2021 | 23.9 | Verified |
| 3 | 07/24/2021 | 23.9 | Verified |
| 4 | 07/25/2021 | 23.9 | Verified |
| 5 | 07/26/2021 | 23.9 | Verified |
| 6 | 07/27/2021 | 23.9 | Verified |
| 7 | 07/28/2021 | 23.9 | Verified |
| 8 | 07/29/2021 | 23.9 | Verified |
| 9 | 07/30/2021 | 23.9 | Verified |
| 10 | 07/31/2021 | 23.9 | Verified |
| 11 | 08/01/2021 | 23.9 | Verified |
| 12 | 08/02/2021 | 23.9 | Verified |
| 13 | 08/03/2021 | 23.9 | Verified |
| 14 | 08/04/2021 | 23.9 | Verified |
| 15 | 08/05/2021 | 23.9 | Verified |
| 16 | 08/06/2021 | 23.9 | Verified |
| 17 | 08/07/2021 | 24.0 | Verified |
| 18 | 08/08/2021 | 24.0 | Verified |
| 19 | 08/09/2021 | 24.0 | Verified |
| 20 | 08/10/2021 | 23.9 | Verified |
| 21 | 08/11/2021 | 23.9 | Verified |
| 22 | 08/12/2021 | 24.0 | Verified |
| 23 | 08/13/2021 | 23.9 | Verified |
| 24 | 08/14/2021 | 24.0 | Verified |
| 25 | 08/15/2021 | 23.9 | Verified |
| 26 | 08/16/2021 | 23.9 | Verified |
| 27 | 08/17/2021 | 23.9 | Verified |
| 28 | 08/18/2021 | 23.9 | Verified |
| 29 | 08/19/2021 | 23.9 | Verified |
| 30 | 08/20/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.